# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES

| | |
|---|---|
| NARGIS SULTANA, TASLIMA NAGRIN, and REZWANA PARVIN,<br><br>　　　　　Plaintiffs,<br>vs.<br>TURKISH AIRLINES INC., and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No. CV14-230CAS(JCGx)<br><br>**ORDER ON STIPULATION RE SETTLEMENT AND REQUEST FOR ADDITIONAL TIME TO RESPOND TO THE COMPLAINT TO CONSUMATE SETTLEMENT**<br><br>Complaint Served: December 11, 2013<br>Case Removed: January 10, 2014<br>Current Response Date: February 14, 2014<br>New Response Date: March 28, 2014 |

ORDER

Pursuant to the stipulation of the parties, Defendant, Turk Hava Yollari A.O. erroneously sued herein as Turkish Airlines, Inc.'s ("Defendant's") response to the Complaint is now due on March 28, 2014.

IT IS SO ORDERED

DATED:  February 18, 2014

*Christina A. Snyder* (signature)

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2014, I electronically filed the foregoing with the Clerk of Court using the EM/ECF system which will send a notice of electronic filing to all counsel of record who have consented to electronic notification.

DATED:  February 12, 2014					HOLLAND & KNIGHT LLP


						_____/s Shelley Hurwitz_____
							Shelley Hurwitz
							*Attorney for Defendant*
							*Turk Hava Yollari   A.O.*