JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES

| | |
|---|---|
| NARGIS SULTANA, TASLIMA NAGRIN, and REZWANA PARVIN, <br><br> Plaintiffs, <br> vs. <br><br> TURKISH AIRLINES INC., and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. CV14-230CAS(JCGx) <br><br> [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE |

Pursuant to the stipulation of the parties hereto, pursuant to Fed. R. Civ. P. 41(a), the above-captioned action is hereby dismissed with prejudice, and without attorneys' fees, costs, or expenses, to any party.

IT IS SO ORDERED

DATED: March 13, 2014

*Christina A. Snyder*

UNITED STATES DISTRICT COURT JUDGE

-1-
ORDER